39 A.3d 958

Gregory REDMOND, Petitioner

v.

FOUR SEASONS HOTEL, Respondent.

No. 11 EM 2011.

Supreme Court of Pennsylvania.

Aug. 4, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of August, 2011, the Motion to Withdraw is **GRANTED,** and the Petition for Extension of Time to File Petition for Allowance of Appeal is **DISMISSED.**

39 A.3d 958

COMMONWEALTH of Pennsylvania, Respondent

v.

Carlo REVERON, Petitioner.

No. 13 EM 2011.

Supreme Court of Pennsylvania.

Aug. 4, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of August, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** *See* Pa.R.Crim.P. 122 (defendant is entitled to a counsel-filed Petition for Allowance of Appeal on direct appeal). Counsel shall file a Petition for Allowance of Appeal within 15 days of this order.